IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1465-RP |
| ISIDRO JAVIER RODRIGUEZ, FERMAN TRUCKING, LLC, TANH TRAN, and THU TAN THAI, | § § § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Plaintiff Progressive County Mutual Insurance Company's ("Progressive") motion for default judgement, (Dkts. 20, 24), (R. & R., Dkt. 25). The Court granted Progressive's motion for default judgment. Accordingly, the Court renders this default judgment pursuant to Federal Rule of Civil Procedure 55.

**IT IS ORDERED** that judgment is awarded in favor of Progressive.

**IT IS FURTHER ORDERED** that the Court enters the following declarations:

1. Plaintiff Progressive County Mutual Insurance Company does not owe a duty to defend either Isidro Rodriguez or Ferman Trucking, LLC in the lawsuits styled *Tanh Tran v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-22-002070 in the 261st District Court, Travis County Texas and *Thu Tan Thai v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-23-003267 in the 419th District Court, Travis County Texas.

2. Plaintiff Progressive County Mutual Insurance Company does not owe a duty to indemnify either Isidro Rodriguez or Ferman Trucking, LLC in the lawsuits styled *Tanh Tran v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-22-002070 in the 261st District Court, Travis County Texas and *Thu Tan Thai v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-23-003267 in the 419th District Court, Travis County Texas.

3. Plaintiff Progressive County Mutual Insurance Company does not owe a duty to defend or indemnify either Isidro Rodriguez or Ferman Trucking, LLC for punitive or exemplary damages in the lawsuits styled *Tanh Tran v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-22-002070 in the 261st District Court, Travis County Texas and *Thu Tan Thai v. Ferman Trucking, LLC and Isidro Javier Rodriguez*, Cause Number D-1-GN-23-003267 in the 419th District Court, Travis County.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on March 31, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE